AUGUST J. LOEHR, JR. *v.* FRI LAND
EQUITIES, INC., ET AL.
(13952)

DUPONT, C. J., and FOTI and LAVERY, Js.

Argued March 22—decision released May 2, 1995

*Arthur P. Meisler,* for the appellant (named defendant).

*Steven M. Ford,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed and the case is remanded for the purpose of setting new law days.